CLARK S. SEARS & another, trustees, & another *vs.* WOODBURY M. BARTLETT. May 31, 1957. Decree affirmed with costs of the appeal. On November 1, 1948, a "separation" agreement was entered into by the defendant, the plaintiff Frances T. Bartlett (then his wife), and the plaintiffs Sears and Ford, who were trustees thereunder. By the agreement the defendant was to pay Frances $6,500 and, until the $6,500 was paid in full, $18 weekly. The defendant made weekly payments until January 26, 1956, when they reached a total of $6,500. A dispute having arisen as to whether the $6,500 is exclusive of the weekly payments, this bill in equity for a declaratory decree was filed. The defendant appealed from a final decree declaring that he is indebted to Frances for the $6,500 and for accrued weekly payments of $18 from the date of the last such payment; and that he is obligated to pay $18 weekly until the $6,500 is paid. There was no error. It would serve no useful purpose to prolong discussion by analyzing this particular contract.

*Edward H. J. Wilson*, for the defendant.
*John A. Murphy*, (*John W. Ward* with him,) for the plaintiffs.

DOROTHY S. WINER *vs.* BOSTON AND MAINE RAILROAD. May 31, 1957. Exceptions overruled. This is an action of tort for negligence. The plaintiff while a passenger on a train of the defendant slipped on the first step down from the platform of the car from which she was alighting in Boston and was injured. The only evidence as to the step was that it was "worn, shiny and smooth in the center and worn down and shiny on the outer edge and on each side of the center . . . there were little bumps" or "raised elevations" which were part of the step and did not appear in the worn part. A verdict for the defendant was directed and the plaintiff excepted. The epithets, worn, shiny and smooth, standing alone or with the vague reference to "little bumps," are insufficient to describe a condition which could be found to be defective and a source of danger to passengers. *Grace* v. *Boston Elevated Railway*, 322 Mass. 224. *Dolan* v. *Boston & Maine Railroad*, 328 Mass. 532, 534–535.

*Harry A. Simon*, for the plaintiff.
*Charles E. Holly*, for the defendant.